UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DAVID PANNELL, | ) |
| Plaintiff, | ) |
| vs. | ) CAUSE NO. 3:05-CV-115 AS |
| DANIEL BROUGH, *et al.*, | ) |
| Defendants. | ) |

*OPINION AND ORDER*

David Pannell, a *pro se* prisoner, filed a motion pursuant to FED. R. CIV. P. 59 asking this court to set aside its order dismissing this case for non-payment of the filing fee. Mr. Pannell states that he did not receive a copy of this court's earlier order denying him leave to proceed *in forma pauperis* and granting him a limited time to pay the $250.00 filing fee. Nevertheless, he has neither tendered the filing fee with this motion, nor stated that he intends to do so if it is granted. Unless he can timely pay the filing fee, it would be a waste of judicial resources to re-open this case only to re-close it a month from now. Therefore the motion (docket # 7) is **DENIED** with leave to file a motion pursuant to FED. R. CIV. P. 60(b)(1), along with the $250 filing fee, on or before May 18, 2005.

**IT IS SO ORDERED.**

**ENTERED: April 13, 2005**

                                s/ ALLEN SHARP
                                **ALLEN SHARP, JUDGE**
                                **UNITED STATES DISTRICT COURT**